MARY KECK v. ANNA DRESSEL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

LINCOLN G. VALENTINE v. ALFREDO GONZALEZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

EUGENE E. LIGNANTE v. THOMAS H. KITE-POWELL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of the MAYOR, etc. (WALTON AVENUE, LOUIS BRASS, Petitioner).— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

OMER FEIZI v. ALEXANDER C. CASTRIOTIS and Others.— Motion denied, with ten dollars costs, and stay reduced to three days. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of the CITY OF NEW YORK v. BELT LINE RAILWAY CORPORATION.— Application for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

FIELDING L. TAYLOR v. THE F. B. STEARNS COMPANY OF OHIO.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

WALTER F. TAYLOR v. THE F. B. STEARNS COMPANY OF OHIO.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of PERCIVAL J. WERLICH, Deceased.— Motion to resettle order granted. Motion for leave to appeal granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of CHARLES A. SMYTHWICK, an Attorney.— Motion granted on conditions. See memorandum per curiam. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

REMINGTON ARMS UNION METALLIC CARTRIDGE COMPANY, Appellant, Respondent, v. GEORGE ATKINSON, Respondent, Appellant.— Judgment modified by increasing damages awarded to plaintiff to $3,927.09, and plaintiff to have judgment therefor with interest from April 20, 1917, and as so modified affirmed, costs to plaintiff. No opinion. Order reversing findings and containing new findings necessary to sustain the judgment as modified to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

EDNA E. FAIRWEATHER, as Administratrix, etc., of ROBERT O. FAIRWEATHER, Deceased, Appellant, v. JOHN L. SUTPHEN and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

CAROLINE SHAW, Appellant, v. ABRAHAM KORNBLUTH, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

ROSE KUTZ, Doing Business under the Trade Name and Style of LOGAN